August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DILIP TANDAN, Appellant

NO. 14-11-00373-CV                                  V.

AFFORDABLE POWER L.P., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, AFFORDABLE POWER, L.P., signed February 2, 2011, was heard on the record. We have inspected the record and find that the trial court erred in granting a directed verdict against appellant, DILIP TANDAN, on appellee's sworn account claim, and there is no evidence supporting appellee's breach of contract claim against appellant. We find error in the trial court's judgment awarding damages and attorney's fees in favor of appellee against appellant on the claims for sworn account and breach of contract. We therefore order the portions of the judgment concerning appellee's claims for sworn account and breach of contract, and the awards of damages and attorney's fees thereon, are **REVERSED**, and we **RENDER** judgment that AFFORDABLE POWER, L.P. take nothing from DILIP TANDAN on these claims.

Further, we find no error in the remainder of the judgment finding liability for fraud and awarding damages thereon, and we order those portions **AFFIRMED**.

Each party shall be responsible for their own costs incurred in this appeal.

We order this decision certified below for observance.